IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| LIZ SMITH, | * | |
| Plaintiff, | * | |
| v. | * | CV 621-088 |
| COLLECTION SERVICES OF ATHENS, INC., | * | |
| Defendant. | * | |

ORDER

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 16.) Both Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to TERMINATE all motions and deadlines and CLOSE this case. Each Party shall bear its own costs and fees.

ORDER ENTERED at Augusta, Georgia, this 16th day of September, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA